In the Matter of the Estate of BENJAMIN LORD, Deceased. A. EDWARD WOODRUFF, Appellant; EDWARD VAN NESS, Respondent.

*Matter of Lord,* 15 App. Div. 626, appeal dismissed.
(Argued April 19, 1897; decided May 4, 1897.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1897, which affirmed an order of Special Term denying a motion to vacate a taxation of costs, and to set aside an execution issued thereon.

*Louis A. Noble* for motion.

*A. Edward Woodruff* opposed.

Motion granted and appeal dismissed, without costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THOMAS J. KELLY, Respondent.

*People v. Kelly,* 11 App. Div. 495, appeal dismissed.
(Argued May 4, 1897; decided May 4, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 3, 1896, which reversed a judgment entered upon a verdict rendered against defendant at the Ulster County Court, convicting him of the crime of arson in the second degree, and granted a new trial.

*Charles F. Cantine* for appellant.

*F. Arthur Westbrook* for respondent.

Appeal dismissed on argument.